NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA07-767

STATE OF LOUISIANA

VERSUS

JESSIE R. REEVES

**********

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 77363
HONORABLE JOHN PHILIP MAUFFRAY, JR., DISTRICT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and J. David Painter, Judges.

APPEAL DISMISSED.

Hon. J. Reed Walters
District Attorney, 28th JDC
P.O. Box 1940
Jena, LA 71342
(318) 992-8282
COUNSEL FOR APPELLEE:
    State of Louisiana

Bobby L. Culpepper
Culpepper & Caroll, PLLC
525 East Court Avenue
Jonesboro, LA 71251
COUNSEL FOR APPELLANT:
    Jessie R. Reeves

**Painter, Judge.**

On February 27, 2006, the Defendant, Jessie R. Reeves, pled guilty to possession of cocaine, a violation of La.R.S. 40:967. On the same date, the Defendant was sentenced to serve five years at hard labor, suspended, and the Defendant was placed on supervised probation and ordered to pay costs and comply with general and special conditions of probation.

On April 3, 2007, a probation revocation hearing was held, after which the trial court ordered that the Defendant's probation be revoked and the Defendant was ordered to serve the originally imposed sentence. On April 11, 2007, the Defendant filed a motion for appeal, which was granted by the trial court on April 11, 2007.

On June 20, 2007, this court issued a rule to show cause why the appeal in the above-captioned case should not be dismissed, as the judgment at issue is not appealable. On June 29, 2007, the Defendant filed a response with this court asserting that "courts generally treat such appeals as an Application for Supervisory Writs," and requesting that this court convert the appeal to an application for supervisory writs or consider the response as an application for supervisory writs in the case. On July 6, 2007, the Defendant filed an application for supervisory writs seeking review of the judgment revoking his probation.

**APPEAL DISMISSED.**

1